IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDREW J. HILLIARD,** <br> **# 93387,** <br> <br> Plaintiff, <br> <br> vs. <br> <br> **JOHN LAKIN,** <br> **COLLINSVILLE POLICE,** <br> **MARK VON NIDA,** <br> **TOM S. HILLARD,** <br> **ILLINOIS STATE POLICE,** <br> **FOOD and DRUG ADMINISTRATION,** <br> **DEPARTMENT of the ARMY,** <br> **DEPARTMENT of VETERANS AFFAIRS,** <br> **SHERIFF'S DEPARTMENT,** <br> **POLICE DEPARTMENT,** <br> **DEPARTMENT of JUSTICE,** <br> **HOUSE and SENATE ARMED SERVICES COMMITTEES,** <br> **and DEPARTMENT of STATE,** <br> <br> Defendants. | Case No. 18-cv-1045-MJR |

# NOTICE OF IMPENDING DISMISSAL

**REAGAN, Chief District Judge:**

This matter is before the Court for case management. Plaintiff filed this action on May 2, 2018, while he was incarcerated at the Madison County Jail, and gave the Jail's address as his only contact information. (Doc. 1). However, the letter notifying Plaintiff of the opening of his case, which was sent to Plaintiff at that address by the Court on May 2, 2018, has been returned as undeliverable and marked "unable to forward." (Doc. 6). This development suggests that Plaintiff has been transferred to another institution or released from custody. Plaintiff has not submitted a change of address to the Court. A check of the online records of the Illinois

1

Department of Corrections shows that Plaintiff is not in IDOC custody. Https://www2.illinois.gov/idoc/Offender/Pages/InmateSearch.aspx (last visited May 23, 2018).

Plaintiff is **ADVISED** that he is under a continuing obligation to keep the Clerk of Court informed of any change in his location. Pursuant to Southern District of Illinois Local Rule 3.1(b), notification to the Court of any address change shall be made in writing no later than 7 days after a change in address occurs. It is not the Court's responsibility to independently investigate the current address for any party to a pending action.

Plaintiff is **THEREFORE ORDERED** to provide the Court with his current address within 21 days of the date of entry of this Order (on or before June 13, 2018). Failure to comply with this Order **will result in dismissal** of this action with prejudice for want of prosecution, under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED: May 23, 2018**

s/ MICHAEL J. REAGAN
Chief Judge
United States District Court
